B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Princeton Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1150668** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 Australian Avenue So #120**<br>**West Palm Beach, FL**<br>ZIP Code **33401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **St James Golf Club  and St Andrews Townhomes Subdivisions**<br>**Port Saint Lucie, FL 34983** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                   Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Princeton Homes, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)           (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Princeton Homes, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Robert C. Furr**
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**

_____
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**July 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sally Larson**
Signature of Authorized Individual

**Sally Larson**
Printed Name of Authorized Individual

**Asst VP & Secretary**
Title of Authorized Individual

**July 28, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Princeton Homes, Inc.** _____,     Case No. _____
                                    Debtor

Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the
    SEC file number is ___**n/a**_____.

2.  The following financial data is the latest available information and refers to debtor's condition on
    ___**6/30/2010**_____.

|  |  | Approximate number of holders |
|---|---|---|
| a. Total assets | $_____ **0.00** | |
| b. Total debts (including debts listed in 2.c.,below) | $_____ **0.00** | |
| c. Debt securities held by more than 500 holders. | | |
| secured / /    unsecured / /    subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /    unsecured / /    subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /    unsecured / /    subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /    unsecured / /    subordinated / / | $_____ **0.00** | _____ **0** |
| secured / /    unsecured / /    subordinated / / | $_____ **0.00** | _____ **0** |
| d. Number of shares of preferred stock | _____ **0** | _____ **0** |
| e. Number of shares of common stock | _____ **0** | _____ **0** |

       Comments, if any:

3.  Brief description of debtor's business:
    **home builder**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of
    the voting securities of debtor:
    **Gerald Rosenblum   16.67%**
    **Paul Rhodes - 83.33%**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Princeton Homes, Inc.**                          Case No. _____

                                Debtor(s)               Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Builders Insurance Group Vinings Insurance Company PO Box 723099 Atlanta, GA 31139-0099** | **Builders Insurance Group Vinings Insurance Company PO Box 723099 Atlanta, GA 31139-0099** | **General Liability Insurance** | | **5,404.62** |
| **Builders Insurance Group Association Insurance Co PO Box 723099 Atlanta, GA 31139-0099** | **Builders Insurance Group Association Insurance Co PO Box 723099 Atlanta, GA 31139-0099** | **workers' compensation insurance** | | **4,793.67** |
| **Clear Channel c/o CST Co. Inc PO Box 33127 Louisville, KY 40232-3127** | **Clear Channel c/o CST Co. Inc PO Box 33127 Louisville, KY 40232-3127** | **contract for billboard** | **Disputed** | **11,250.00** |
| **Clear Channel Outdoor PO Box 402379 Atlanta, GA 30384-2370** | **Clear Channel Outdoor PO Box 402379 Atlanta, GA 30384-2370** | **Inv #20049113 - billboard** | | **700.00** |
| **Comerica Bank PO Box 641618 Detroit, MI 48264-1618** | **Comerica Bank PO Box 641618 Detroit, MI 48264-1618** | **revolving note - real property, assignment of rents and Leases, Contracts, Deposits, Lots 113 144, 147, 149, 151, 154, 159 of St Andrews Townhomes** | | **1,113,749.18**<br><br>**(975,405.00 secured)** |
| **Domenico & Marie Barilla c/o Jahit H. Kavurt, Esq 636 Wet Yale St Orlando, FL 32804** | **Domenico & Marie Barilla c/o Jahit H. Kavurt, Esq 636 Wet Yale St Orlando, FL 32804** | **building construction dispute with Eric Welling** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Donna E. Haigh and Doreen L. Haigh c/o Jonathan Berkowitz Esq Cohen Norris Scherer 712 US Highway One #400 North Palm Beach, FL 33408-7146** | **Donna E. Haigh and Doreen L. Haigh c/o Jonathan Berkowitz Esq Cohen Norris Scherer North Palm Beach, FL 33408-7146** | **lawsuit contract dispute - trial pending, counterclaim pending for return of deposit $50,000** | **Contingent Unliquidated Disputed** | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re     **Princeton Homes, Inc.**                                              Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Eric M. Welling**<br>**Crystal M. Kolleda-Welling**<br>**c/o Howard Heims Esq**<br>**PO Box 1197**<br>**Stuart, FL 34995** | **Eric M. Welling**<br>**Crystal M. Kolleda-Welling**<br>**c/o Howard Heims Esq**<br>**Stuart, FL 34995** | **alleged damages - defective building, code violation and neglect causing personal injury** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Frank and Rosemarie Gumina**<br>**c/o Alters Boldt Brown Rash Culmo**<br>**4141 NE 2nd Ave #201**<br>**Miami, FL 33137** | **Frank and Rosemarie Gumina**<br>**c/o Alters Boldt Brown Rash Culmo**<br>**4141 NE 2nd Ave #201**<br>**Miami, FL 33137** | **lawsuit** | **Contingent**<br>**Unliquidated** | **Unknown** |
| **GE Capital Solutions**<br>**1961 Hirst Dr**<br>**Moberly, MO 65270** | **GE Capital Solutions**<br>**1961 Hirst Dr**<br>**Moberly, MO 65270** | **Ricoh Aficio MP C3500SPF copier, subject to Lease of GE Capital Solutions, buy out $4686.67** | **Contingent** | **5,128.44**<br><br>**(4,868.67 secured)** |
| **Golf Club at St James LLC**<br>**500 Australian Avenue**<br>**West Palm Beach, FL 33401** | **Golf Club at St James LLC**<br>**500 Australian Avenue**<br>**West Palm Beach, FL 33401** | **golf cart rental** | | **17,402.60** |
| **H. James and Gail M. Logan**<br>**c/o Rutherford Mulhall PA**<br>**3399 PGA Blvd #240**<br>**Palm Beach Gardens, FL 33410** | **H. James and Gail M. Logan**<br>**c/o Rutherford Mulhall PA**<br>**3399 PGA Blvd #240**<br>**Palm Beach Gardens, FL 33410** | **Princeton Homes vs H.James Logan and Gail M. Logan #562010CA002919, counterclaim by Logan for $30,000 plus int and other relief** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Mark J. Tremblay**<br>**c/o William F. Gallese Esq**<br>**2104 SE Rays Way**<br>**Stuart, FL 34994** | **Mark J. Tremblay**<br>**c/o William F. Gallese Esq**<br>**2104 SE Rays Way**<br>**Stuart, FL 34994** | **real estate contract dispute - construction took too long** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Masterplan Properties LLC**<br>**c/o E. Timothy McCullough Esq**<br>**430 Main St**<br>**Windermere, FL 34786** | **Masterplan Properties LLC**<br>**c/o E. Timothy McCullough Esq**<br>**430 Main St**<br>**Windermere, FL 34786** | **foreclosure lawsuit, Masterplan Properties counterclaim for return of purchase price and costs** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **317,761.61** |
| **Nick & Melissa D'Andola Guardians for Nick D'Andola Jr**<br>**c/o Wm R. Ponsoldt, Jr., Tesq**<br>**1000 SE Monterey Commons Blvd #208**<br>**Stuart, FL 34996** | **Nick & Melissa D'Andola Guardians for Nick D'Andola Jr**<br>**c/o Wm R. Ponsoldt, Jr., Tesq**<br>**Stuart, FL 34996** | **lawsuit, re Universal Insurance Company, D'Andola and Moussa,** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Page Mrachek Fitzgerald & Rose PA**<br>**505 S Flagler Dr #600**<br>**West Palm Beach, FL 33401** | **Page Mrachek Fitzgerald & Rose PA**<br>**505 S Flagler Dr #600**<br>**West Palm Beach, FL 33401** | **legal fees** | | **112,705.94** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | **Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | **interest in any unearned premiums re insurance on spec units** | | **4,626.36**<br><br>**(0.00 secured)** |
| **Rose M Moussa**<br>**c/o Joe Gufford Esq**<br>**3101 SE Ocean Blvd #201**<br>**Stuart, FL 34994** | **Rose M Moussa**<br>**c/o Joe Gufford Esq**<br>**3101 SE Ocean Blvd #201**<br>**Stuart, FL 34994** | **lawsuit - Universal Insurance Co, D'Andola and Moussa** | **Contingent Unliquidated Disputed** | **Unknown** |
| **St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | **St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | **Personal Property Taxes** | | **465.48** |
| **Sunflower Maintenance**<br>**15200 State Road 7**<br>**Delray Beach, FL 33446** | **Sunflower Maintenance**<br>**15200 State Road 7**<br>**Delray Beach, FL 33446** | **lawn maintenance** | | **1,100.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Asst VP & Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 28, 2010**   _____      Signature    **/s/ Sally Larson**_____

                                                                               **Sally Larson**
                                                                               **Asst VP & Secretary**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Princeton Homes, Inc.**      Case No. _____

           Debtor           Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 5,028,105.00 | | |
| B - Personal Property | Yes | 11 | 824,519.69 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 20 | | 1,659,044.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 465.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 9,252,074.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 5,852,624.69 | | |
| Total Liabilities | | | | 10,911,584.31 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Princeton Homes, Inc.**                              ,      Case No. _____

                                                   Debtor          Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

7/28/10  4:38PM

B6A (Official Form 6A) (12/07)

.

In re      **Princeton Homes, Inc.**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6109 Kendra Lane #96, Port St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **11,432.68** |
| **6113 NW Kendra Lane, #97, Port St Lucie, Florida St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **11,394.16** |
| **6117 NW Kendra Lane #98, Port St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **11,394.16** |
| **6121 NW Kendra Lane, #99, Port St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **11,394.16** |
| **6125 NW Kendra Lane #100, Port St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **152,915.00** | **12,634.24** |
| **6124 NW Argyll Lane,#113,  Port St Lucie, FL, St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $161,250.** | **fee simple** | - | **152,915.00** | **10,563.02** |
| **6120 NW Argyll Lane, #114, Port St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **9,322.94** |
| **6116 NW Argyll Lane, #115, Pt St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **127,415.00** | **9,322.94** |
| **6108 NW Argyll Lane #117, Pt St Lucie, FL, St Andrews Park Townhomes** | **fee simple** | - | **212,415.00** | **9,322.94** |
| **6075 NW Helmsdale Way #144, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $168,750** | **fee simple** | - | **125,915.00** | **10,583.78** |
| **6083 NW Helmsdale Way #146, Pt St Lucie, FL St Andrews Park Townhomes** | **fee simple** | - | **152,915.00** | **10,563.02** |
| **6091 NW Helmsdale Way #147, Pt St Lucie, FL St Andrews Park Townhomes, subject to mortgage of Comerica Bank $161,250.00** | **fee simple** | - | **152,915.00** | **10,563.02** |
| | | Sub-Total > | **1,714,480.00** | (Total of this page) |

__2__   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                                                 Case No. _____
                                                    ,
                                      Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6099 NW Helmsdale Way #149, Pt St Lucie FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $168,750.** | **fee simple** | **-** | **135,915.00** | **10,583.78** |
| **6115 NW Helmsdale Way #151, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $161,250.00** | **fee simple** | **-** | **152,915.00** | **10,563.02** |
| **6123 NW Helmsdale Way #153, Pt St Lucie, FL  St Andrews Park Townhomes** | **fee simple** | **-** | **127,415.00** | **9,322.94** |
| **6127 NW Helmsdale Way, #154, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $146,250.** | **fee simple** | **-** | **127,415.00** | **9,322.94** |
| **6945 NW Helmsdale Way #157, Pt St Lucie, FL   St Andrews Park Townhomes** | **fee simple** | **-** | **131,665.00** | **11,693.94** |
| **6149 NW Helmsdale Way #158, Pt St Lucie, FL  St Andrews Park Townhomes** | **fee simple** | **-** | **127,415.00** | **9,322.94** |
| **6153 NW Helmsdale Way #159 Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $146,250** | **fee simple** | **-** | **127,415.00** | **9,322.94** |
| **6157 NW Helmsdale Way #160, Pt St Lucie, FL St Andrews Park Townhomes** | **fee simple** | **-** | **127,415.00** | **4,080.02** |
| **6179 NW Helmsdale Way #164, Pt St Lucie, FL  St Andrews Park Townhomes** | **fee simple** | **-** | **127,415.00** | **9,322.94** |
| **6195 NW Helmsdale Way #168, Pt St Lucie, FL  St Andrews Park Townhomes (CONTRACT PENDING)** | **fee simple** | **-** | **131,665.00** | **12,389.73** |
| **511 NW Dover Ct, lot#66D, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | **-** | **212,500.00** | **22,061.67** |
| **455 NW Dover Ct, Lot #98D, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | **-** | **254,915.00** | **24,244.40** |
| **309 NW Sheffield Cir Lot #3E, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | **-** | **267,665.00** | **19,719.57** |

Sub-Total >    **2,051,730.00**    (Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                          ,        Case No. _____
                                          **Debtor**

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **314 NW Sheffield Cir Lot#95E, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | - | **331,415.00** | **24,517.38** |
| **429 NW Sheffield Cir Lot #103E, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | - | **283,900.00** | **14,453.97** |
| **421 NW Sheffield Cir Lot #106E, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | - | **284,665.00** | **24,878.65** |
| **419 NW Stafford Lane Lot #70F, Pt St Lucie, FL  St James Golf Club - single family homes** | **fee simple** | - | **229,415.00** | **23,162.88** |
| **4436 NW Dover Court, Lot #45D, Pt St Lucie, FL Vacant land** | | - | **42,500.00** | **4,386.02** |
| **6150 NW Cullen Way Lot #39, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |
| **6146 NW Cullen Way, Lot #40, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |
| **6142 NW Cullen Way, Lot #41, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |
| **6138 NW Cullen Way, Lot #42, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |
| **6134 NW Cullen Way, Lot#43, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |
| **6130 NW Cullen Way, Lot #44, Pt St Lucie, FL Vacant Land** | | - | **15,000.00** | **2,061.43** |

|  | | |
|---|---|---|
| Sub-Total > | **1,261,895.00** | (Total of this page) |
| Total > | **5,028,105.00** | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Princeton Homes, Inc.**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | - | **250.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Grand Bank and Trust  operating account #xxxxx1830** | - | **1,374.83** |
| | | **Northern Trust Bank Non-Personal Premium MMDA Trust Acct for Davis Bond  XXXX0167 - Pursuant ot court order, the debtor post this bond and is not free to use the monies in this account $101,178.47** | - | **0.00** |
| | | **Comerica Business Checking Acct #XXXXX8794** | - | **1,189.13** |
| | | **PNC Bank Business Checking Acct #XXXXX7059** | - | **1,734.54** |
| | | **Comerica Securities, Money Market Acct #xxxxx7650** | - | **5,219.06** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit  FPL** | - | **621.00** |
| | | **Security Deposit  - Landlord** | - | **1,732.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | **12,120.56** |
|---|---|---|
|  | (Total of this page) | |

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Princeton Homes, Inc.**                                                        ,     Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Plan (Rhodes Holdings Inc. Plan) Administrator:  E.J. Reynolds Inc** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Princeton Mortgage, Inc. - debtor is the 100% shareholder, Tax ID #xxxxx2859,** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Mortgage Receivabe - Note from Bhupendra Patel and Pravin Patel, 5/6/2008 $279,900.00, re mortgage on Lot 143 St Andrews Townhomes, PB 53, Pg 4, St Lucie County, FL** | - | 279,900.00 |
| | | **Mortgage Receivable - Note from Ian Patrick DePagnier dated 8/21/2009 for $162,900 re , Lot 163, St Andrews Townhomes, PB 53, Page 4, St Lucie County** | - | 161,457.08 |
| | | **Mortgage Receivable - Note from W. Brett Carothers and master Plan Properties, LLC dated 4/2008 for $242,236.00, Lot 165 St Andrews Townhomes, PB 53, Page 4, ST Lucie County, FL** | - | 242,236.00 |
| | | **Inter Company Receivable  Old Princeton, Inc.** | - | 72,892.44 |
| | | **Receivable from shareholder Gerald Rosenblum** | - | 23,234.94 |

|  | Sub-Total > | 779,720.46 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                  ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Final Judgment pending appeal - in favor of Joseph A. Virone and Mary Ann Virone against Princeton Homes, Inc. -  $62,065.86 in trust account of McCarthy Sumers Bobko** | - | 0.00 |
| | | **Andrew Davis, Appellee/Plaintiff vs Princeton Homes Inc, Appellant/Defendant.  Davis suing for return of $100,000 deposit on real estate contract for purchase of 2 homes.  Princeton Homes suing to enforce sales contracts ($305,150 and $321,025)** | - | Unknown |
| | | **Princeton Homes vs Donna E Haigh and Doreen L. Haigh and Princeton Homes vs Donna E. Haigh, plus counterclaims by defendants for return of real estate purchase contract deposit of $100,000.00** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __2__ of __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                              ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Ricoh Aficio MP C3500SPF copier, subject to Lease of GE Capital Solutions** | - | 4,868.67 |
| | | **Model Home - 314 NW Sheffield Circle, Lot 95, Birmingham Model - SEE ATTACHEDLIST OF FURNITURE, FIXTURES AND EQUIPMENT** | - | 10,000.00 |
| | | **Model Home 309 NW Sheffield Circle, Lot 3E, Chatsworth Model.  see attached list of model home furniture and fixtures** | - | 6,500.00 |
| | | **Model Home - 6109 Argyll Lane, Lot 117, Alexandra Model, see attached list of furniture and fixtures** | - | 5,000.00 |
| | | **Offices 500 Australian Avenue, So, Suite 120, West Palm Beach   debtor uses this as its main office, but all furniture, fixtures and equipment are owned by Rhodes holdings, LLC and Evolved Machines, Inc. - SEE ATTACHED LIST OF FURNISHINGS, FIXTURES, OFFICE EQUIPMENT** | - | 0.00 |
| | | **Modular Offices at 6060 NW Helmsdale Way, Port St Lucie, FL 34983 - SEE ATTACHED LIST OF FURNITURE, FIXTURES, EQUIPMENT** | - | 6,310.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >                32,678.67
(Total of this page)

Sheet  __3__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Princeton Homes, Inc.**          ,       Case No. _____

                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Modular Office  24 x 60 subject to lien of Wells Fargo Equipment Finance** | - | 0.00 |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **824,519.69** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# INVENTORY FOR 314 NW SHEFFIELD CIR BIRMINGHAM MODEL

Lot 95#
314 NW Sheffield Circle

**Entrance:**
Entrance Table
3 long pictures
3 candles
sconce with artificial greenery

**Dining Room:**
Buffet with drawers for silver flatware & lower cabinets
2 lamps
Large decorative box
2 square pictures  with gold frames
Dining Room Table and 6 chairs
table settings for 6, with 2 plates each, no flatware
7 wine glasses, 5 large and 2 small
Wine Decanter
2 candles  with glass chimneys
large sun mirror
2 sconces  with candles

**Living Room:**
2 love seats
1 chair
end table with legs
small 3 drawer chest
wooden coffee table
3 candles
2 lamps
1 metal elephant
2 pictures
large flower arrangement in bowl
2 pictures over sofa
TV Cabinet with two pictures beside it
Small box, vase with greenery, potted palm

**Family Room**
2 love seats and a corner seat
glass top wrought iron coffee table
matching end table
Potted palm
Entertainment unit with two book shelf cabinets

**Breakfast Nook**
Tile top table with wrought iron legs
four wrought iron chairs with padded seats

Large Bowl of Flowers
Bowl of Fruit
GE Profile fridge

Flat top stove
Microwave
Dishwasher
Washer and Dryer
Plates on wall
Baskets on top of cabinets with greenery
Picture

**Upstairs**
2 pictures and 2 sconces with candles

**Balcony**
2 arm chairs
Ottoman
Area Rug
Games and puzzles
Fake TV and 2 posters
4 large covered baskets for storage
potted plant
Tray with pitcher and Glasses

**Blue Girl's Bedroom**
Bed with cover, dust ruffle, and pillows
2 night stands
book shelf
dreser
4 lamps
Wire basket with lots of photo albums
Blue bottles, books, 2 fuzzy dogs

**Boy's Bedroom**
Bed with spread and pillows
2 night stands
2 lamps
Dresser
Ship's spy glass
Carved wooden sea captains
4 brass port holes with mirrors
Fish net with life savers
Window Treatment
2 pictures
clock

**Computer Area**

Chair    , clock
Fake computer, plant, 4 pictures
candles, bottle, sea captain

B.28 - Birmingham Model

# INVENTORY FOR 309 NW SHEFFIELD CIR (CHATSWORTH MODEL)

Lot 3E
309 NW Sheffield Circle

**Front Bedroom:**
Bed with spread, dust ruffle and 5 pillows
2 night stands
2 lamps
Window seat w/ 4 pillows
Chest of Drawers
Mirror
2 picutres
Books and picture frame
4 vases

**Guest Bath:**
2 pictures
shower curtain
2 towels and 1 wash cloth

**Office:**
Glass top desk with chair
Potted Elephant ear plant
3 large pictures
side chair
Built in Book Shelves
60 Books +-
Acrylic tic tac toe board game
2 vases
Washer and Dryer

**Living Room:**
Curved Sofa
2 Arm Chairs
large round ottoman
Tray w/ 2 wine decanters
Glass Top end table
Lamp
3 pictures
Potted Elephant Ear Plant

**Dining Room:**
Dining Table with six chairs
table setting for 6 with plates and napkins
5 coffee cups
2 vases
2 sconces with candles
Silver bowl of brass and silver balls

**Family Room:**
Love Seat
2 tables
Chair
Coffee Table
Entertainment unit w/ 2 Book shelf cabinets
Potted tree
Rolling bar w glass top
2 pictures and the word BAR
various sculptures, books

**Breakfast nook:**
Glass top table and 4 chairs
table setting for 4 w/ plates, napkins,glasses
Vase of Lillys

**Kitchen:**
All stainless appliances:  Flat top stove
side by side ref, DW and Microwave
2 Bar Stools
2 Plates with Cocoa mugs
Tray of cookies and strawberries
Cook book, cooking utensils, etc. on counter

**Master Bedroom:**
Picture in Hall
Bed with cover, dust cover, pillows
1 night stand
2 lamps
1 picture
Arm Chair
Dresser

**Master Bath:**
3 vases
towles
3 pictures
tray with candles and soap

B. 28 - Chatsworth Model

# INVENTORY FOR 6108 ARGYLL LANE (ALEXANDRA MODEL)

Lot 117

6108 NW Argyll Lane

**patio:**
Table and two chairs
two side chairs
table setting w/ plates, napkins, cups

**Entrance:**
Entrance table
vase, candle, tray on stand
large mirror
wide seat with picture over it

**Living Room:**
Desk and chair
4 pictures
shelves
Vizio TV on wall (real)
Coffee Table
Sofa and 2 arm chairs
1 end table
Floor lamp
Potted palm
Mirror
Picture
2 Bar stools
vase,

**Dining Room:**
tall table and 4 tall stools
2 place settings w/ plates, napkins,
and wine glasses
Bar in kitchen has:
2 plates, bowls, napkins, and wines
Stainless appliances:
Gas stove, side by side ref, microwave
dish washer
decorative pieces on kitchen counter

**Upstairs:**
stacked, full sized washer and dryer
built in desk and chair w wall cabinet

**Second Master Bedroom:**
Bed, spread, dust ruffle
2 End tables and lamps
Box

**2nd Master Bath:**
Box w/ potpourri, towel, vase, soap dispenser
tooth brush holder
Towels on towel bar and shower curtain

**Master Bedroom:**
Bed, spread, 7 pillows
2 Night stands, 2 lamps
Dressing table
Mirror
Vase w flowers, ash try w/ diamond ring
glass flower
Perfume bottles
8 Pictures
Decorative folding screen

2 pictures and a vase
Small jewelry box
2 Pictures over bed, one over chair

B.28 - Alexandra Model

Office contents
500 Australian Ave So., Suite 120
West Palm Beach FL  33401

All contents may be used by Princeton Homes
but are owned by related entites

**Lobby**
sofa
coffee table
2 pictures
plant

**Open Corner Office**
desk chair
wooden chair
shredder
desk
(2) trash cans
(2) monitors
computer tower (in use)
computer tower (not in use)
set of computer speakers
mouse
keyboard
adding machine
multi-line phone
printer
(4) desktop organizers
(3) 5 drawer file cabinets

**Open Middle Office**
(2) 5 drawer file cabinets
wooden chair
desk chair
desk
(2) monitors
computer tower
mouse
keyboard
multi-line phone
adding machine
fax/printer combo
(3) desk organizers
trash can
wall clock
2 plants

**Kitchen**
small refridgerator
computer monitor
computer tower
white cabinet
supply shelving
microwave
coffee machine
postage machine

**Copy Room**
wall shelving for plats
Ricoh copy machine
cart
trash can

**Conference Room**
conference table
(5) desk chairs
multi-line phone
television
television/computer adapter
(2) bookshelves
(3) trash cans
picture

**Private Office #1**
desk
(2) computer monitors
computer tower
mouse
keyboard
bookshelf
(2) 5 drawer file cabinets
printer
(3) printers (not in use)
typewriter
(4) computer towers (not in use)

trash can
portable heater
adding machine
multi-line phone
(2) desk organizers
(2) desk chairs

**Private Office #2**
bookshelf
(2) 5 drawer file cabinets
fan
wooden chair
desk chair
printer
printer (not in use)
computer tower (not in use)
computer tower
(2) computer monitors
keyboard
mouse
trash can
multi-line phone
(6) desk organizers

**Private Office #3**
conference table
(3) wooden chairs
(3) office chairs
desk
(2) multi-line phones
computer monitor
computer tower
mouse
keyboard
computer tower (not in use)
trash can
picture

B-28   Offices - 500 Australian Ave So  #120

6060 NW Helmsdale Way
Port St Lucie, FL  34983

| **Office 1** | | **FMV** |
|---|---|---|
| Desk | $ | 200 |
| desk chair | $ | 50 |
| two arm chairs | $ | 147 |
| credenza w/ 8 file drawers and granite top | $ | 160 |
| two drawer lateral file cabinet | $ | 100 |
| computer monitor | $ | 129 |
| lamp | $ | 50 |
| three pictures | $ | 10 |
| Ibico machine | $ | 20 |
| Framed St. Andrews Park Site Plan | $ | - |
| waste basket | $ | - |
| large ficus tree | $ | - |
| phone | $ | 23 |
| **Office 2** | | |
| three file cabinets (one lateral) | $ | 300 |
| two desks | $ | 400 |
| one lamp | $ | 20 |
| two desk chairs | $ | 100 |
| one computer | $ | 202 |
| three pictures | $ | 10 |
| corner round table | $ | 20 |
| two waste baskets | $ | - |
| box of various plans | $ | - |
| phone | $ | 23 |
| **Office 3- Dave's office** | | |
| Large oval table | $ | 200 |
| 2 desk chairs | $ | 50 |
| book shelf | $ | 20 |
| waste basket | $ | - |
| phone | $ | 23 |
| Litestream equipment | not PH | |
| **Office 4 - Bob's office** | | |
| Desk | $ | 200 |
| Desk chair | $ | 50 |
| two guest chairs | $ | 50 |
| large table | $ | 30 |
| small file cabinet w/ drawers fits under desk | $ | 20 |
| floor lamp | $ | 10 |
| desk top computer | $ | 202 |
| lap top computer | $ | 300 |
| Framed St. Andrew's Park site plan | $ | - |
| Book Shelf | $ | 20 |
| waste basket | $ | - |
| phone | $ | 23 |
| | $ | 3,162 |

B-28        6060 NW Helmsdale WAY

| Copy Room - Kitchen | FMV | |
|---|---|---|
| 2 Book shelves | $ | 20 |
| water cooler | leased | |
| 2 drawer lateral file | $ | 100 |
| Ricoh 3500  copy machine, printer, fax, scanner | $ | 1,600 |
| refrigerator | $ | 61 |
| microwave | $ | 30 |
| Pitney Bowes postage machine | leased | |
| fire extinguisher | $ | 10 |
| Computer | $ | 120 |
| Electric equipment for phones and internet | $ | 123 |
| phone | $ | 23 |
| **Main Room** | | |
| Receptionists desk | $ | 100 |
| computer | $ | 202 |
| desk chair | $ | 50 |
| two drawer lateral file | $ | 96 |
| three bistro lights | $ | 100 |
| Table for coffee | $ | 10 |
| Keurig Coffee maker | leased | |
| 5 princeton Mugs | $ | - |
| Waste basket | $ | - |
| 2 arm chairs | $ | 100 |
| Round end table | $ | 20 |
| 3x5 rug | $ | 10 |
| Illuminated project display table | $ | 200 |
| 32" Sharp flat screen TV | $ | 100 |
| 6 display boards | $ | - |
| Toshiba DVD player | $ | 50 |
| various pamphlets and brochures | $ | - |
| letter head paper | $ | - |
| envelopes | $ | - |
| 2 phones | $ | 23 |
| | | |
| | $ | 3,148 |

B-28 - 6060 NW Helmsdale Way - #2

B6D (Official Form 6D) (12/07)

In re  **Princeton Homes, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | | 2/9/2009 | | | | | |
| Christine M. Morgan c/o Rachel Studley Esq Wicker Smith O'Hara 515 N Flagler Dr #1600 West Palm Beach, FL 33401 | | | - | | | Final Judgment<br><br>Cash Bond with Clerk of the Court | | | X | | |
| | | | | | | Value $           38,400.00 | | | | 38,400.00 | 0.00 |
| Account No. xxxxxx223-2 | | | | | | Revolving Note Fund Homebuilding | | | | | |
| Comerica Bank PO Box 641618 Detroit, MI 48264-1618 | | X | - | | | revolving note - real property, assignment of rents and Leases, Contracts, Deposits, Lots 113 144, 147, 149, 151, 154, 159 of St Andrews Townhomes | | | | | |
| | | | | | | Value $          975,405.00 | | | | 1,113,749.18 | 138,344.18 |
| Account No. xxxxxx2006 | | | | | | 6/28/07 | | | | | |
| GE Capital Solutions 1961 Hirst Dr Moberly, MO 65270 | | | - | | | equpment lease<br><br>Ricoh Aficio MP C3500SPF copier, subject to Lease of GE Capital Solutions, buy out $4686.67 | | X | | | |
| | | | | | | Value $            4,868.67 | | | | 5,128.44 | 259.77 |
| Account No. xxxxxx5564 | | | | | | 2009 | | | | | |
| GL Funding Limited Lock Box #7498 PO Box 7247 Philadelphia, PA 19170-7498 | | | - | | | Tax Certificate<br><br>4436 NW Dover Court, Lot #45D, Pt St Lucie, FL   Vacant land, Holder #20516 | | | | | |
| | | | | | | Value $           42,500.00 | | | | 804.26 | 0.00 |

___19___  continuation sheets attached

Subtotal
(Total of this page)

|  | 1,158,081.88 | 138,603.95 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5732 | | | 2009 | | | | | |
| Gold Coast Tax Lien LLC SER 177 1345 Avenue of the Americas 46th Fl New York, NY 10105 | - | | Tax Certificate 6083 NW Helmsdale Way #146, Pt St Lucie, FL St Andrews Park Townhomes Holder #11535 | | | | | |
| | | | Value $            152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. xxxxxxxx5580 | | | 2009 | | | | | |
| Heartwood 36 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate 429 NW Sheffield Cir Lot #103E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #9997 | | | | | |
| | | | Value $            283,900.00 | | | | 5,499.91 | 0.00 |
| Account No. xxxxxxxxx5688 | | | 2009 | | | | | |
| Heartwood 46 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate 6117 NW Kendra Lane #98, Port St Lucie, FL, St Andrews Park Townhome, Holder #10007 | | | | | |
| | | | Value $            127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. xxxxxxx4995 | | | 2008 | | | | | |
| Heartwood 48 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate 309 NW Sheffield Cir Lot #3E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #1582 | | | | | |
| | | | Value $            267,665.00 | | | | 5,555.13 | 0.00 |
| Account No. xxxxxxxx5574 | | | 2009 | | | | | |
| Heartwood 48, LLC P0 Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate 309 NW Sheffield Cir Lot #3E, Pt St Lucie, FL  St James Golf Club - single family home,  Holder #10009 | | | | | |
| | | | Value $            267,665.00 | | | | 4,267.11 | 0.00 |

Sheet  **1**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 25,265.13 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Princeton Homes, Inc.**
_____ ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxx5007 | | | 2008 | | | | | |
| Heartwood 88 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate<br><br>421 NW Sheffield Cir Lot #106E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #1582 | | | | | |
| | | | Value $          284,665.00 | | | | 6,875.00 | 0.00 |
| Account No. xxxxxxxx4982 | | | 2008 | | | | | |
| Heartwood 88 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate<br><br>511 NW Dover Ct, lot#66D, Pt St Lucie, FL  St James Golf Club - single family home, Holder #1582 | | | | | |
| | | | Value $          212,500.00 | | | | 6,119.26 | 0.00 |
| Account No. xxxxxxxx5001 | | | 2008 | | | | | |
| Heartwood 88 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate<br><br>455 NW Dover Ct, Lot #98D, Pt St Lucie, FL  St James Golf Club - single family home, Holder #1582 | | | | | |
| | | | Value $          254,915.00 | | | | 6,804.25 | 0.00 |
| Account No. xxxxxxx4999 | | | 2008 | | | | | |
| Heartwood 88 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate<br><br>314 NW Sheffield Cir Lot#95E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #1582 | | | | | |
| | | | Value $          331,415.00 | | | | 6,739.68 | 0.00 |
| Account No. xxxxxx5010 | | | 2008 | | | | | |
| Heartwood 88 LLC PO Box 5707 Fort Lauderdale, FL 33310 | - | | Tax Certificate<br><br>419 NW Stafford Lane Lot #70F, Pt St Lucie, FL  St James Golf Club - single family home, holder #1582 | | | | | |
| | | | Value $          229,415.00 | | | | 6,521.99 | 0.00 |

Sheet  **2**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 33,060.18 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                      , Case No. _____
                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx t689**<br><br>**Heartwood 91-2 LLC**<br>**PO Box 5707**<br>**Fort Lauderdale, FL 33310** | | - | **2009**<br><br>**Tax Certificate**<br><br>**6121 NW Kendra Lane, #99, Port St Lucie, FL, St Andrews Park Townhomes Holder #1603** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. **xxxxxxxx4981**<br><br>**Hoyt C Murphy Martial Trust**<br>**2400 S Ocean Dr #4200D**<br>**Fort Pierce, FL 34949** | | - | **2008**<br><br>**tax certificate**<br><br>**4436 NW Dover Court, Lot #45D, Pt St Lucie, FL   Vacant land, Holder #7867** | | | | | |
| | | | Value $                     **42,500.00** | | | | **1,388.75** | **0.00** |
| Account No. **xxxxxx5703**<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2008**<br><br>**Tax Certificate**<br><br>**6124 NW Argyll Lane,#113,  Port St Lucie, FL, St Andrews Park Townhomes Holder #13161** | | | | | |
| | | | Value $                    **152,915.00** | | | | **5,281.51** | **0.00** |
| Account No. **xxxxxxxxx5704**<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2009**<br><br>**Tax Certificate**<br><br>**6120 NW Argyll Lane, #114, Port St Lucie, FL, St Andrews Park Townhomes Holder #13161** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. **xxxxxx5706**<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2009**<br><br>**Tax Certificate**<br><br>**6108 NW Argyll Lane #117, Pt St Lucie, FL, St Andrews Park Townhomes** | | | | | |
| | | | Value $                    **212,415.00** | | | | **4,661.47** | **0.00** |

Sheet __3__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                   **20,654.67**                    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                    ,        Case No. _____

                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx5731** | | | 2009 | | | | | |
| | | | Tax Certificate | | | | | |
| **Investments 2234 LLC** PO Box 403357 Atlanta, GA 30384 | - | | 6075 NW Helmsdale Way #144, Pt St Lucie, FL  St Andrews Park Townhomes Holder #13161 | | | | | |
| | | | Value $            125,915.00 | | | | 5,291.89 | 0.00 |
| Account No. **xxxxxxx5733** | | | 2009 | | | | | |
| | | | Tax Certificate | | | | | |
| **Investments 2234 LLC** PO Box 403357 Atlanta, GA 30384 | - | | 6091 NW Helmsdale Way #147, Pt St Lucie, FL St Andrews Park Townhomes Holder #13161 | | | | | |
| | | | Value $            152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **xxxxxxxx5735** | | | 2009 | | | | | |
| | | | Tax Certificate | | | | | |
| **Investments 2234 LLC** PO Box 403357 Atlanta, GA 30384 | - | | 6115 NW Helmsdale Way #151, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161 | | | | | |
| | | | Value $            152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **xxxxxxx5736** | | | 2009 | | | | | |
| | | | Tax Certificate | | | | | |
| **Investments 2234 LLC** P Box 403357 Atlanta, GA 30384 | - | | 6123 NW Helmsdale Way #153, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161 | | | | | |
| | | | Value $            127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. **xxxxxxxxx5737** | | | 2009 | | | | | |
| | | | Tax Certificate | | | | | |
| **Investments 2234 LLC** PO Box 403357 Atlanta, GA 30384 | - | | 6127 NW Helmsdale Way, #154, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161 | | | | | |
| | | | Value $            127,415.00 | | | | 4,661.47 | 0.00 |

Sheet __4__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 25,177.85 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                                          ,      Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5739<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2009**<br><br>**tax Certificate**<br><br>**6149 NW Helmsdale Way #158, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161**<br>Value $ **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. xxxxxxx5740<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2009**<br><br>**Tax Certificate**<br><br>**6153 NW Helmsdale Way #159 Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161**<br>Value $ **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. xxxxxxxx5741<br><br>**Investments 2234 LLC**<br>**PO Box 403357**<br>**Atlanta, GA 30384** | | - | **2009**<br><br>**Tax Certificate**<br><br>**6179 NW Helmsdale Way #164, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #13161**<br>Value $ **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No.<br><br>**Joseph A and Mary Ann Virone**<br>**c/o Owen Schultz Esq**<br>**McCarthy Summers Bobko**<br>**2400 SE Federal Hwy, 4th Fl**<br>**Stuart, FL 34994** | | - | **9/4/2009**<br><br>**Judgment Lien**<br><br>**funds held in trust account of McCarthy Sumers Bobko pending appeal**<br>Value $ **62,065.86** | | | | **62,065.86** | **0.00** |
| Account No. xxxxxxxxx5112<br><br>**LUCA 2 LLC**<br>**PO Box 9223**<br>**Longboat Key, FL 34228** | | - | **2008**<br><br>**Tax Certificate**<br><br>**6109 Kendra Lane #96, Port St Lucie, FL, St Andrews Park Townhomes, Holder #7946 - Face $856.02**<br>Value $ **127,415.00** | | | | **1,054.87** | **0.00** |

Sheet    **5**    of    **19**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **77,105.14** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                          ,        Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5113** | | | **2008** | | | | | |
| **LUCA 2 LLC** **PO Box 9223** **Longboat Key, FL 34228** | | - | **Tax Certificate** **6113 NW Kendra Lane, #97, Port St Lucie, Florida  St Andrews Park Townhomes   Holder #7946** | | | | | |
| | | | Value $                           **127,415.00** | | | | **1,016.35** | **0.00** |
| Account No. **xxxxxxx5114** | | | **2008** | | | | | |
| **LUCA 2 LLC** **PO Box 9223** **Longboat Key, FL 34228** | | - | **Tax Certificate** **6117 NW Kendra Lane #98, Port St Lucie, FL, St Andrews Park Townhome, Holder #7946** | | | | | |
| | | | Value $                           **127,415.00** | | | | **1,016.35** | **0.00** |
| Account No. **xxxxxxx5115** | | | **2008** | | | | | |
| **LUCA 2 LLC** **PO Box 9223** **Longboat Key, FL 34228** | | - | **Tax Certificate** **6121 NW Kendra Lane, #99, Port St Lucie, FL, St Andrews Park Townhomes** | | | | | |
| | | | Value $                           **127,415.00** | | | | **1,016.35** | **0.00** |
| Account No. **xxxxxxxx5116** | | | **2008** | | | | | |
| **LUCA 2 LLC** **PO Box 9223** **Longboat Key, FL 34228** | | - | **Tax Certificate** **6125 NW Kendra Lane #100, Port St Lucie, FL, St Andrews Park Townhomes, Holder #7946** | | | | | |
| | | | Value $                           **152,915.00** | | | | **1,016.35** | **0.00** |
| Account No. **xxxxxxx5168** | | | **2008** | | | | | |
| **LUCA 2 LLC** **PO Box 9223** **Longboat Key, FL 34228** | | - | **Tax Certificate** **6195 NW Helmsdale Way #168, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #7946** | | | | | |
| | | | Value $                           **131,665.00** | | | | **1,016.35** | **0.00** |

Sheet   **6**    of   **19**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **5,081.75** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx5056 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | tax certificate<br><br>6150 NW Cullen Way Lot #39, Pt St Lucie, FL   Vacant Land, holder #7878 | | | | | |
| | | | Value $              15,000.00 | | | | 643.22 | 0.00 |
| Account No. xxxxx5057 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | Tax Certificate<br><br>6146 NW Cullen Way, Lot #40, Pt St Lucie, FL   Vacant Land, Holder #7878 | | | | | |
| | | | Value $              15,000.00 | | | | 643.22 | 0.00 |
| Account No. xxxxxxxxx5058 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | tax certificate<br><br>6142 NW Cullen Way, Lot #41, Pt St Lucie, FL   Vacant Land, Holder #7878 | | | | | |
| | | | Value $              15,000.00 | | | | 643.22 | 0.00 |
| Account No. xxxxxxxxx5059 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | Tax Certificate<br><br>6138 NW Cullen Way, Lot #42, Pt St Lucie, FL   Vacant Land, Holder #7878 | | | | | |
| | | | Value $              15,000.00 | | | | 643.22 | 0.00 |
| Account No. xxxxxxx5060 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | tax certificate<br><br>6134 NW Cullen Way, Lot#43, Pt St Lucie, FL   Vacant Land, Holder #7878 | | | | | |
| | | | Value $              15,000.00 | | | | 643.22 | 0.00 |

Sheet __7__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 3,216.10 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                    ,          Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx5061 | | | 2008 | | | | | |
| Neal Keys 1911 NE 172 St Miami, FL 33162 | | - | Tax Certificate 6130 NW Cullen Way, Lot #44, Pt St Lucie, FL  Vacant Land, Holder #7878 | | | | | |
| | | | Value $ 15,000.00 | | | | 643.22 | 0.00 |
| Account No. xxxxx5705 | | | 2009 | | | | | |
| PFF Holdings III, Ltd c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate 6116 NW Argyll Lane, #115, Pt St Lucie, FL, St Andrews Park Townhomes Holder #20517 | | | | | |
| | | | Value $ 127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. xxxxx5686 | | | 2009 | | | | | |
| PPF Holdings III Ltd c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate 6109 Kendra Lane #96, Port St Lucie, FL, St Andrews Park Townhomes  Holder #20517, Face $4433.54 | | | | | |
| | | | Value $ 127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. xxxxxxxx5687 | | | 2009 | | | | | |
| PPF Holdings III Ltd c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | tax certificate 6113 NW Kendra Lane, #97, Port St Lucie, Florida  St Andrews Park Townhomes | | | | | |
| | | | Value $ 127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. xxxxxxx5738 | | | 2009 | | | | | |
| PPF Holdings III Ltd c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate 6945 NW Helmsdale Way #157, Pt St Lucie, FL  St Andrews Park Townhomes,  Holder #20517 | | | | | |
| | | | Value $ 131,665.00 | | | | 4,651.08 | 0.00 |

Sheet **8** of **19** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    19,278.71    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5743** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate<br><br>6195 NW Helmsdale Way #168, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #20517 | | | | | |
| | | | Value $            131,665.00 | | | | 5,667.43 | 0.00 |
| Account No. **xxxxxxx5581** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate<br><br>421 NW Sheffield Cir Lot #106E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #20517 | | | | | |
| | | | Value $            284,665.00 | | | | 5,510.32 | 0.00 |
| Account No. **xxxxxxx5565** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate<br><br>511 NW Dover Ct, lot#66D, Pt St Lucie, FL  St James Golf Club - single family home, Holder #20517 | | | | | |
| | | | Value $            212,500.00 | | | | 4,863.51 | 0.00 |
| Account No. **xxxxxxx5578** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate<br><br>455 NW Dover Ct, Lot #98D, Pt St Lucie, FL  St James Golf Club - single family home, Holder #20517 | | | | | |
| | | | Value $            254,915.00 | | | | 5,317.95 | 0.00 |
| Account No. **xxxxxxx5577** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | | - | Tax Certificate<br><br>314 NW Sheffield Cir Lot#95E, Pt St Lucie, FL  St James Golf Club - single family home, Holder #20517 | | | | | |
| | | | Value $            331,415.00 | | | | 5,473.45 | 0.00 |

Sheet  __9__  of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

26,832.66        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5584** | | | 2009 | | | | | |
| **PPF Holdings III Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | - | | Tax Certificate 419 NW Staftford Lane Lot #70F, Pt St Lucie, FL  St James Golf Club - single family home, Holder #20517 | | | | | |
| | | | Value $              229,415.00 | | | | 5,008.22 | 0.00 |
| Account No. **xxxxxxxxx5690** | | | 2009 | | | | | |
| **PPF Holdings III, Ltd** c/o US Bank as Custodian PO Box 643999 Cincinnati, OH 45264-3999 | - | | Tax Certificate 6125 NW Kendra Lane #100, Port St Lucie, FL, St Andrews Park Townhomes Holder #20517 | | | | | |
| | | | Value $              152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **xxxxxxxxx7306** | | | 5/27/2010 | | | | | |
| **Premium Assignment Corp** PO Box 3066 Tallahassee, FL 32315 | - | | premium finance agreement interest in any unearned premiums re insurance on spec units | | | | | |
| | | | Value $                     0.00 | | | | 4,626.36 | 4,626.36 |
| Account No. **xxxxxxx5165** | | | 2008 | | | | | |
| **Rajendra & Shila Gupta** 14221 Lake Candlewood Ct Hialeah, FL 33014 | - | | Tax Certificate 6945 NW Helmsdale Way #157, Pt St Lucie, FL  St Andrews Park Townhomes, Holder #2747 | | | | | |
| | | | Value $              131,665.00 | | | | 1,172.46 | 0.00 |
| Account No. **xxxxxxxxx5629** | | | 2009 | | | | | |
| **Rohl Properties LLC** 501 SW McComb Ave Port Saint Lucie, FL 34953 | - | | tax certificate 6150 NW Cullen Way Lot #39, Pt St Lucie, FL   Vacant Land, Holder #9965 | | | | | |
| | | | Value $               15,000.00 | | | | 371.57 | 0.00 |

Sheet __10__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

16,460.12          4,626.36

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**
_____,     Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5630<br><br>Rohl Properties LLC<br>501 SW McComb Ave<br>Port Saint Lucie, FL 34953 | | - | 2009<br><br>Tax Certificate<br><br>6146 NW Cullen Way, Lot #40, Pt St Lucie, FL  Vacant Land, Holder #9965 | | | | | |
| | | | Value $              15,000.00 | | | | 371.57 | 0.00 |
| Account No. xxxxxxx5631<br><br>Rohl Properties LLC<br>501 SW McComb Ave<br>Port Saint Lucie, FL 34953 | | - | 2009<br><br>tax certificate<br><br>6142 NW Cullen Way, Lot #41, Pt St Lucie, FL  Vacant Land, Holder #9965 | | | | | |
| | | | Value $              15,000.00 | | | | 371.57 | 0.00 |
| Account No. xxxxxxx5632<br><br>Rohl Properties LLC<br>501 SW McComb Ave<br>Port Saint Lucie, FL 34953 | | - | 2009<br><br>Tax Certificate<br><br>6138 NW Cullen Way, Lot #42, Pt St Lucie, FL  Vacant Land, Holder #9965 | | | | | |
| | | | Value $              15,000.00 | | | | 371.57 | 0.00 |
| Account No. xxxxxxx5633<br><br>Rohl Properties LLC<br>501 SW McComb Ave<br>Port Saint Lucie, FL 34953 | | - | 2009<br><br>tax certificate<br><br>6134 NW Cullen Way, Lot#43, Pt St Lucie, FL  Vacant Land, Holder #9965 | | | | | |
| | | | Value $              15,000.00 | | | | 371.57 | 0.00 |
| Account No. xxxxxxxxxx5634<br><br>Rohl Properties LLC<br>501 SW McComb Ave<br>Port Saint Lucie, FL 34953 | | - | 2009<br><br>tax certificate<br><br>6130 NW Cullen Way, Lot #44, Pt St Lucie, FL  Vacant Land, Holder #9965 | | | | | |
| | | | Value $              15,000.00 | | | | 371.57 | 0.00 |

Sheet  11  of  19  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                   1,857.85          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx5006<br><br>**Salvatore Dilillo**<br>**J & S Beachcombers LLC**<br>**1549 Indian Bluffs Dr**<br>**Maineville, OH 45039** | - | | | | **2008**<br><br>**Tax Certificate**<br><br>**429 NW Sheffield Cir Lot #103E, Pt St Lucie, FL  St James Golf Club - single family home, holder #7898** | | | | | |
| | | | | | Value $                283,900.00 | | | | 1,718.92 | 0.00 |
| Account No. xxxxxxx5734<br><br>**Satchel LLC**<br>**4401 Eastgate Mall**<br>**San Diego, CA 92121** | - | | | | **2009**<br><br>**Tax Certificate**<br><br>**6099 NW Helmsdale Way #149, Pt St Lucie FL  St Andrews Park Townhomes Holder #18401** | | | | | |
| | | | | | Value $                135,915.00 | | | | 5,291.89 | 0.00 |
| Account No. x0066; x0106; x0070; x0003;<br><br>**St James Golf Club HOA**<br>**P Box 51**<br>**Stuart, FL 34995-0051** | - | | | | **July 2010**<br><br>**HOA Assessment**<br><br>**St James Golf Club HOA dues  40098, 50103, 50095** | | | | | |
| | | | | | Value $                  3,150.00 | | | | 3,150.00 | 0.00 |
| Account No. 3408 702 0135 000/1<br><br>**St Lucie Co Tax Coll**<br>**PO Box 308**<br>**Fort Pierce, FL 34954-0308** | - | | | | **2008 & 2009**<br>**real estate taxes**<br>**6113 NW Kendra Lane, #97, Port St Lucie, Florida  St Andrews Park Townhomes  - 2008 $1054.87; 2008 $4661.47** | | | | | |
| | | | | | Value $                127,415.00 | | | | 5,716.34 | 0.00 |
| Account No. 2407 510 0045 000/1<br><br>**St Lucie County Tax Coll**<br>**PO Box 308**<br>**Fort Pierce, FL 34954-0308** | - | | | | **2008 & 2009**<br><br>**real estate taxes**<br><br>**455 NW Dover Ct, Lot #98D, Pt St Lucie, FL  St James Golf Club - 2008 - $6804.25; 2009 - $5317.95** | | | | | |
| | | | | | Value $                254,915.00 | | | | 12,122.20 | 0.00 |

Sheet __12__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | 27,999.35 | 0.00 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Princeton Homes, Inc.**                                                      ,          Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **34075120059 0008** | | | **2008 & 2009** | | | | | |
| **St Lucie County Tax Coll PO Box 308 Fort Pierce, FL 34954-0308** | - | | **real estate taxes** **429 NW Sheffield Cir Lot #103E, Pt St Lucie, FL  St James Golf Club - single family homes** | | | | | |
| | | | Value $            283,900.00 | | | | 7,235.14 | 0.00 |
| Account No. **3407 513 0044 000/3** | | | **2008 & 2009** | | | | | |
| **St Lucie County Tax Coll PO Box 308 Fort Pierce, FL 34954-0308** | - | | **real estate taxes** **419 NW Staftford Lane Lot #70F, Pt St Lucie, FL  St James Golf Club - 2008 - $6624.45; 2009 - $5008.22** | | | | | |
| | | | Value $            229,415.00 | | | | 11,632.67 | 0.00 |
| Account No. **3408 702 0134 000/4** | | | **2008 & 2009** | | | | | |
| **St Lucie County Tax Coll PO Box 308 Fort Pierce, FL 34954-0308** | - | | **real estate taxes** **6109 Kendra Lane #96, Port St Lucie, FL, St Andrews Park Townhomes 2008 $1,054.87; 2008 $4661.47** | | | | | |
| | | | Value $            127,415.00 | | | | 5,716.34 | 0.00 |
| Account No. **2408 702 0136 000/8** | | | **2008 & 2009** | | | | | |
| **St Lucie County Tax Coll P O Box 308 Fort Pierce, FL 34954-0308** | - | | **real estate taxes** **6117 NW Kendra Lane #98, Port St Lucie, FL, St Andrews Park Townhomes 2008 - $1054.87; 2008 $4661.47** | | | | | |
| | | | Value $            127,415.00 | | | | 5,716.34 | 0.00 |
| Account No. **3408 702 0137 000/5** | | | **2008 & 2009** | | | | | |
| **St Lucie County Tax Coll PO Box 308 Fort Pierce, FL 34954-0308** | - | | **real estate taxes** **6121 NW Kendra Lane, #99, Port St Lucie, FL, St Andrews Park Townhomes 2008 - $1,054.87; 2008 $4661.47** | | | | | |
| | | | Value $            127,415.00 | | | | 5,716.34 | 0.00 |

Sheet __13__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 36,016.83 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                                    Case No. _____
                                                              ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3408 702 0138 000/2** | | | 2008 & 2009 | | | | | |
| **St Lucie County Tax Coll** **PO Box 308** **Fort Pierce, FL 34954-0308** | - | | real estate taxes<br><br>6125 NW Kendra Lane #100, Port St Lucie, FL, St Andrews Park Townhomes 2008 - $1,054.87; 2009 $5821.51 | | | | | |
| | | | Value $          152,915.00 | | | | 6,336.38 | 0.00 |
| Account No. **34075060039 000/3** | | | 2008 & 2009 Real estate Taxes | | | | | |
| **St Lucie County Tax Collector** **PO Box 308** **Fort Pierce, FL 34954-0308** | - | | taxes<br><br>511 NW Dover Ct, lot#66D, Pt St Lucie, FL  St James Golf Club - 2008 $6,215.39 - 2009 4,863.51 | | | | | |
| | | | Value $          212,500.00 | | | | 11,078.90 | 0.00 |
| Account No. **3407 509 0005 000/5** | | | 2008 & 2009 | | | | | |
| **St Lucie County Tax Collector** **PO Box 308** **Fort Pierce, FL 34954-0308** | - | | real estate taxes<br><br>309 NW Sheffield Cir Lot #3E, Pt St Lucie, FL  St James Golf Club - 2008 - $5630.22, 2009 $4,267.11 | | | | | |
| | | | Value $          267,665.00 | | | | 9,897.33 | 0.00 |
| Account No. **3407 509 0046 000/4** | | | 2008 & 2009 | | | | | |
| **St Lucie Tax Collector** **PO Box 308** **Fort Pierce, FL 34954-0308** | - | | real estate taxes<br><br>314 NW Sheffield Cir Lot#95E, Pt St Lucie, FL  St James Golf Club - 2008 R6830.80  2009 - $5473.45 | | | | | |
| | | | Value $          331,415.00 | | | | 12,304.25 | 0.00 |
| Account No. **3407 512 0062 000/2** | | | 2008 & 2009 | | | | | |
| **St Lucie Tax Collector** **PO Box 308** **Fort Pierce, FL 34954-0308** | - | | real estate taxes<br><br>421 NW Sheffield Cir Lot #106E, Pt St Lucie, FL   St James Golf Club - 2008 - $6,983.01; 2009 $5510.32 | | | | | |
| | | | Value $          284,665.00 | | | | 12,493.33 | 0.00 |

Sheet **14** of **19** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                                  52,110.19                    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3408 702 0151 000/9** <br><br> **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | | - | **2009** <br><br> **real estate taxes** <br><br> **6124 NW Argyll Lane,#113,  Port St Lucie, FL, St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $161,250.** <br> Value $                                    152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **3408 702 0152 000/6** <br><br> **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | | - | **2009** <br><br> **real estate taxes** <br><br> **6120 NW Argyll Lane, #114, Port St Lucie, FL, St Andrews Park Townhomes** <br><br> Value $                                    127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. **3408 702 0153 000/3** <br><br> **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | | - | **2009** <br><br> **real estate taxes** <br><br> **6116 NW Argyll Lane, #115, Pt St Lucie, FL, St Andrews Park Townhomes** <br><br> Value $                                    127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. **3408 702 0155 000/7** <br><br> **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | | - | **2009** <br><br> **real estate taxes** <br><br> **6108 NW Argyll Lane #117, Pt St Lucie, FL, St Andrews Park Townhomes** <br><br> Value $                                    212,415.00 | | | | 4,661.47 | 0.00 |
| Account No. **3408 702 0182 000/5** <br><br> **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | | - | **2009** <br><br> **real estate taxes** <br><br> **6075 NW Helmsdale Way #144, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $168,750** <br> Value $                                    125,915.00 | | | | 5,291.89 | 0.00 |

Sheet __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          24,557.81          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                                ,        Case No. _____
                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3408 702 0184 000/9**<br><br>St. Lucie County Tax Collector<br>POB 308<br>Fort Pierce, FL 34954 | | - | **2009**<br><br>**real estate taxes**<br><br>**6083 NW Helmsdale Way #146, Pt St Lucie, FL St Andrews Park Townhomes**<br><br>Value $        152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **3408 702 0185 000/6**<br><br>St. Lucie County Tax Collector<br>POB 308<br>Fort Pierce, FL 34954 | | | **6091 NW Helmsdale Way #147, Pt St Lucie, FL St Andrews Park Townhomes, subject to mortgage of Comerica Bank $161,250.00**<br><br>Value $        152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **3408 702 187 000/0**<br><br>St. Lucie County Tax Collector<br>POB 308<br>Fort Pierce, FL 34954 | | - | **2009**<br>**real estate taxes**<br>**6099 NW Helmsdale Way #149, Pt St Lucie FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $168,750.**<br><br>Value $        135,915.00 | | | | 5,291.89 | 0.00 |
| Account No. **3408 702 0189 000/4**<br><br>St. Lucie County Tax Collector<br>POB 308<br>Fort Pierce, FL 34954 | | - | **2009**<br>**real estate taxes**<br>**6115 NW Helmsdale Way #151, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $161,250.00**<br><br>Value $        152,915.00 | | | | 5,281.51 | 0.00 |
| Account No. **3408 702 0191 000/1**<br><br>St. Lucie County Tax Collector<br>POB 308<br>Fort Pierce, FL 34954 | | - | **2009**<br><br>**real estate taxes**<br><br>**6123 NW Helmsdale Way #153, Pt St Lucie, FL  St Andrews Park Townhomes**<br><br>Value $        127,415.00 | | | | 4,661.47 | 0.00 |

Sheet __16__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 25,797.89 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                            ,      Case No. _____

_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3408 702 0192 000/8**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | - | | **2008**<br>**real estate taxes**<br>**6127 NW Helmsdale Way, #154, Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $146,250.** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. **3408 702 0195 000/9**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | - | | **2008 & 2009**<br>**real estate taxes**<br>**6945 NW Helmsdale Way #157, Pt St Lucie, FL  St Andrews Park Townhomes 2008 $1219.32; 2009 $4651.08** | | | | | |
| | | | Value $                    **131,665.00** | | | | **5,870.40** | **0.00** |
| Account No. **3408 702 0196 000/6**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | - | | **2009**<br>**real estate taxes**<br>**6149 NW Helmsdale Way #158, Pt St Lucie, FL  St Andrews Park Townhomes** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. **3408 702 0197 000/3**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | - | | **2009**<br>**real estate taxes**<br>**6153 NW Helmsdale Way #159 Pt St Lucie, FL  St Andrews Park Townhomes, subject to mortgage of Comerica Bank of $146,250** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,661.47** | **0.00** |
| Account No. **3408 702 0198 000/0**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | - | | **2009**<br>**real estate taxes**<br>**6157 NW Helmsdale Way #160, Pt St Lucie, FL St Andrews Park Townhomes** | | | | | |
| | | | Value $                    **127,415.00** | | | | **4,080.02** | **0.00** |

Sheet __**17**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| **23,934.83** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                    ,                    Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3408 702 0206 000/0** | | | 2008 & 2008 | | | | | |
| **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | - | | real estate taxes 6195 NW Helmsdale Way #168, Pt St Lucie, FL  St Andrews Park Townhomes 2008 $1054.87; 2009 $4651.08 | | | | | |
| | | | Value $              131,665.00 | | | | 5,705.95 | 0.00 |
| Account No. **3408 702 0077 000/6** | | | 3408 702 0077 000/6 | | | | | |
| **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | - | | real estate taxes 6150 NW Cullen Way Lot #39, Pt St Lucie, FL   Vacant Land   2008 $675.07; 2009 $371.57 | | | | | |
| | | | Value $               15,000.00 | | | | 1,046.64 | 0.00 |
| Account No. **3408 702 0078 000/3** | | | 2008 & 2009 | | | | | |
| **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | - | | real estate taxes 6146 NW Cullen Way, Lot #40, Pt St Lucie, FL   Vacant Land  2008 $675.07; 2009 $371.57 | | | | | |
| | | | Value $               15,000.00 | | | | 1,046.64 | 0.00 |
| Account No. **3408 702 0079 000/0** | | | 2008 & 2009 | | | | | |
| **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | - | | real estate taxes 6142 NW Cullen Way, Lot #41, Pt St Lucie, FL   Vacant Land   2008 - $675.07; 2009 $371.57 | | | | | |
| | | | Value $               15,000.00 | | | | 1,046.64 | 0.00 |
| Account No. **3408 702 0080 000/0** | | | 2008 & 2009 | | | | | |
| **St. Lucie County Tax Collector POB 308 Fort Pierce, FL 34954** | - | | real estate taxes 6138 NW Cullen Way, Lot #42, Pt St Lucie, FL   Vacant Land  2008 $675.07; 2009  $371.57 | | | | | |
| | | | Value $               15,000.00 | | | | 1,046.64 | 0.00 |

Sheet __18__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          9,892.51          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                                    Case No. _____
                                                                          ,
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3408 702 0081 000/7** <br><br> St. Lucie County Tax Collector <br> POB 308 <br> Fort Pierce, FL 34954 | | - | 2008 & 2009 <br><br> real estate taxes <br><br> 6134 NW Cullen Way, Lot#43, Pt St Lucie, FL   Vacant Land  2008 $675.07; 2009 371.57 <br><br> Value $                15,000.00 | | | | 1,046.64 | 0.00 |
| Account No. **3408 702 0082 000/4** <br><br> St. Lucie County Tax Collector <br> POB 308 <br> Fort Pierce, FL 34954 | | - | 2008 & 2009 <br><br> real estate taxes <br><br> 6130 NW Cullen Way, Lot #44, Pt St Lucie, FL   Vacant Land   2008 $675.07; 2009  $371.57 <br><br> Value $                15,000.00 | | | | 1,046.64 | 0.00 |
| Account No. **3407 506 0018 000/0** <br><br> St. Lucie County Tax Collector <br> POB 308 <br> Fort Pierce, FL 34954 | | - | 2008 & 2009 <br><br> real estate taxes <br><br> 4436 NW Dover Court, Lot #45D, Pt St Lucie, FL   Vacant land   2008 - $1388.75; 2009  $804.26 <br><br> Value $                42,500.00 | | | | 2,193.01 | 0.00 |
| Account No. **xxxx xxx xxxx 000/2** <br><br> St. Lucie County Tax Collector <br> POB 308 <br> Fort Pierce, FL 34954 | | - | 2009 <br><br> real estate taxes <br><br> 6179 NW Helmsdale Way #164, Pt St Lucie, FL  St Andrews Park Townhomes <br><br> Value $              127,415.00 | | | | 4,661.47 | 0.00 |
| Account No. **xxxxxxx6-400** <br><br> Wells Fargo Equipment Finance <br> 733 Marquette Ave #700 <br> MAC N9306 070 <br> Minneapolis, MN 55402 | | - | 1/2/2007 <br><br> equipment finance <br><br> 24ft x 60ft Modular Office Complex - 2 12'X60' units, attachments & Equipment <br><br> Value $                37,715.18 | | | | 37,715.18 | 0.00 |

Sheet __19__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 46,662.94 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 1,659,044.39 | 143,230.31 |

B6E (Official Form 6E) (4/10)

.

In re      **Princeton Homes, Inc.**                                                                     Case No. _____
                                                                                            ,
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Princeton Homes, Inc.**                                                    Case No. _____
                                                    ,
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dept. of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | | | **unemployment taxes**<br><br>-<br><br> | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**POB 21126**<br>**Philadelphia, PA 19114** | | | -<br><br> | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | | | -<br><br> | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. **6000024499**<br><br>**St. Lucie County Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34954** | | | **2009**<br><br>**Personal Property Taxes**<br><br>-<br><br>465.48 | | | | 0.00 | 0.00<br><br>465.48 |
| Account No.<br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    465.48 | 465.48 |
| | Total | 0.00 |
| | (Report on Summary of Schedules)    465.48 | 465.48 |

B6F (Official Form 6F) (12/07)

In re **Princeton Homes, Inc.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andrew Davis**<br>**c/o Mary J. Hoftiezer Esq**<br>**Hendry Stoner & Brown**<br>**20 N Orange Ave #600**<br>**Orlando, FL 32801** | - | | **lawsuit on appeal to US Court of Appeals, 11th Circuit, suing for return of $100,000 deposit on 2 sales contracts ($305,150 and $321,025)** | X | X | X | 0.00 |
| Account No.<br><br>**Arbogas Enterprises LLC**<br>**Accent Landscape**<br>**Sheila Biehl Esq**<br>**406 SW 7 St**<br>**Stuart, FL 34994** | - | | **11/9/2007**<br>**final judgment (lien on cash bond with clerk of the court)** | X | X | X | 0.00 |
| Account No. **xxx8380**<br><br>**Better Business Bureau**<br>**Membership Accounting**<br>**4411 Beacon Cir #4**<br>**West Palm Beach, FL 33407** | - | | **5/1/2010**<br>**membership dues** | | | X | 0.00 |
| Account No. **xxxxxxx2806**<br><br>**Builders Insurance Group**<br>**Association Insurance Co**<br>**PO Box 723099**<br>**Atlanta, GA 31139-0099** | - | | **6/2010**<br>**workers' compensation insurance** | | | | 4,793.67 |

| | | | | | | Subtotal<br>(Total of this page) | 4,793.67 |
|---|---|---|---|---|---|---|---|

___7___  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Princeton Homes, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx4602**<br><br>**Builders Insurance Group**<br>**Vinings Insurance Company**<br>**PO Box 723099**<br>**Atlanta, GA 31139-0099** | - | | | **4/16/2010**<br>**General Liability Insurance** | | | | 5,404.62 |
| Account No. **xxxxxxx7519**<br><br>**Clear Channel**<br>**c/o CST Co. Inc**<br>**PO Box 33127**<br>**Louisville, KY 40232-3127** | - | | | **contract for billboard** | | | X | 11,250.00 |
| Account No. **xx1023**<br><br>**Clear Channel Outdoor**<br>**PO Box 402379**<br>**Atlanta, GA 30384-2370** | - | | | **7/19 - 8/15/2010**<br>**Inv #20049113 - billboard** | | | | 700.00 |
| Account No.<br><br>**Daniel & Joan Campbell**<br>**372 NW Stratford Lane**<br>**Port Saint Lucie, FL 34983** | - | | | **Class Action Lawsuit - Chinese Drywall** | X | X | X | 0.00 |
| Account No.<br><br>**David and Pamela Joseph**<br>**514 NW Dover Court**<br>**Punta Gorda, FL 33983** | - | | | **April 2010**<br>**Chinese Drywall claim** | X | X | X | 0.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,354.62

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Princeton Homes, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Class Action - Chinese manufactured drywall | | | | |
| David Gross c/o Russ M Herman Esq 820 O'Keefe Ave New Orleans, LA 70113 | - | | | | X | X | X | 0.00 |
| Account No. | | | | building construction dispute with Eric Welling | | | | |
| Domenico & Marie Barilla c/o Jahit H. Kavurt, Esq 636 Wet Yale St Orlando, FL 32804 | - | | | | X | X | X | Unknown |
| Account No. | | | | 10/18/2005 lawsuit - real estate contract dispute, counterclaim for return of deposit $50,000 | | | | |
| Donna E. Haigh c/o Jonathan A. Berkowitz Esq 712 US Highway One #400 North Palm Beach, FL 33408-7146 | - | | | | X | X | | 0.00 |
| Account No. | | | | lawsuit contract dispute - trial pending, counterclaim pending for return of deposit $50,000 | | | | |
| Donna E. Haigh and Doreen L. Haigh c/o Jonathan Berkowitz Esq Cohen Norris Scherer 712 US Highway One #400 North Palm Beach, FL 33408-7146 | - | | | | X | X | X | Unknown |
| Account No. | | | | 5/7/2007 alleged damages - defective building, code violation and neglect causing personal injury | | | | |
| Eric M. Welling Crystal M. Kolleda-Welling c/o Howard Heims Esq PO Box 1197 Stuart, FL 34995 | - | | | | X | X | X | Unknown |

| | | | |
|---|---|---|---|
| Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Frank and Rosemarie Gumina** c/o Alters Boldt Brown Rash Culmo 4141 NE 2nd Ave #201 Miami, FL 33137 | - | | lawsuit | X | X | | **Unknown** |
| Account No. **Frank Gumina** 503 NW Ashton Way Port Saint Lucie, FL 34983 | - | | Class Action Lawsuit - (Joyce Rogers) re Chinese Dry Wall | X | X | X | **0.00** |
| Account No. **Golf Club at St James LLC** 500 Australian Avenue West Palm Beach, FL 33401 | - | | golf cart rental | | | | **17,402.60** |
| Account No. **H. James and Gail M. Logan** c/o Rutherford Mulhall PA 3399 PGA Blvd #240 Palm Beach Gardens, FL 33410 | - | | Princeton Homes vs H.James Logan and Gail M. Logan #562010CA002919, counterclaim by Logan for $30,000 plus int and other relief | X | X | X | **Unknown** |
| Account No. **Jeffrey & Monica Segnello** 393 NW Sheffield Circle Port Saint Lucie, FL 34983 | - | | Class Action Lawsuit - David Gross/Mary Anne Benes vs Knauf Gips, KG et al, RE: Class Action - Chinese Manufactured Dry Wall defects | X | X | X | **0.00** |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **17,402.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Princeton Homes, Inc.**                                                    , Case No. _____
                                               **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Chinese drywall claim | | | | |
| John Lonergan Sr 393 NW Stratford Lane Port Saint Lucie, FL 34983 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Chinese Drywall claim | | | | |
| Joseph & Ellisa Sciarrone 402 Linhurst Ct Port Saint Lucie, FL 34983 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Class Action - Chinese manufactured Drywall | | | | |
| Joyce W. Rogers c/o Russ M Herman Esq 820 O'Keefe Ave New Orleans, LA 70113 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 7/20/2009 chinese drywall issues | | | | |
| Kevin Albrecht 391 NW Sheffield Cir Port St Lucie, FL 33983 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | lawsuit - foreclosure Masterplan Properties | | | | |
| Malisa Woods 6183 NW Helmsdale Way Port Saint Lucie, FL 34983 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Princeton Homes, Inc.**                                                      Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Mark J. Tremblay**
**c/o William F. Gallese Esq**
**2104 SE Rays Way**
**Stuart, FL 34994** | - | | | 10/17/2005
**real estate contract dispute - construction took too long** | X | X | X | **Unknown** |
| Account No.

**Mary Anne Benes**
**c/o Herman Herman Katz & Coltar**
**820 O'Keefe Ave**
**New Orleans, LA 70113** | - | | | **Class Action Lawsuit - Chinese manufactured drywall** | X | X | X | **0.00** |
| Account No.

**Masterplan Properties LLC**
**c/o E. Timothy McCullough Esq**
**430 Main St**
**Windermere, FL 34786** | - | | | 5/10/2010
**foreclosure lawsuit, Masterplan Properties countercliam for return of purchase price and costs** | X | X | X | **317,761.61** |
| Account No.

**Melissa Allison Siringo**
**595 NW Waverly Circle**
**Port Saint Lucie, FL 34983** | - | | | 10/2009
**chinese drywall issues** | X | X | X | **0.00** |
| Account No.

**Mr. and Mrs. Schilling**
**c/o Frank V. Reilly Esq**
**1350 NE 56 St #140**
**Fort Lauderdale, FL 33334** | - | | | 6/2009
**Chinese drywall claim** | X | X | X | **0.00** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**317,761.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                    ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nick & Melissa D'Andola Guardians for Nick D'Andola Jr c/o Wm R. Ponsoldt, Jr., Tesq 1000 SE Monterey Commons Blvd #208 Stuart, FL 34996** | | - | **2008 lawsuit, re Universal Insurance Company, D'Andola and Moussa,** | X | X | X | **Unknown** |
| Account No.<br><br>**Page Mrachek Fitzgerald & Rose PA 505 S Flagler Dr #600 West Palm Beach, FL 33401** | | - | **March - June 2009 legal fees** | | | | **112,705.94** |
| Account No.<br><br>**Paul & Lisa Myers 376 NW Sheffield Cir Port Saint Lucie, FL 34983** | | - | **Class Action Lawsuit - Chinese Dry Wall claim** | X | X | X | **0.00** |
| Account No.<br><br>**Paul Rhodes 1225 North Lake Way Palm Beach, FL 33480** | | - | **various loans** | | | | **8,780,956.00** |
| Account No.<br><br>**Rose M Moussa c/o Joe Gufford Esq 3101 SE Ocean Blvd #201 Stuart, FL 34994** | | - | **July 2009 lawsuit - Universal Insurance Co, D'Andola and Moussa** | X | X | X | **Unknown** |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,893,661.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Princeton Homes, Inc.**                                                                          ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PRIHOM**<br><br>**Sunflower Maintenance**<br>**15200 State Road 7**<br>**Delray Beach, FL 33446** | - | | | | **4/30/2010**<br>**lawn maintenance** | | | | **1,100.00** |
| Account No.<br><br>**Universal Insurance Company of NA**<br>**c/o Marc L. Hantman Esq**<br>**7901 SW 6 Court #450**<br>**Fort Lauderdale, FL 33324** | - | | | | **lawsuit - real estate contract dispute re**<br>**D'Andola, Moussa r** | X | X | X | **Unknown** |
| Account No.<br><br>**W. Brett Carothers**<br>**278 Center Road**<br>**Monroeville, PA 15146** | - | | | | **foreclosure lawsuit** | X | X | X | **0.00** |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,100.00**

Total
(Report on Summary of Schedules)   **9,252,074.44**

B6G (Official Form 6G) (12/07)

In re    **Princeton Homes, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Clear Channel Outdoor**<br>**2890 Harper Road**<br>**Melbourne, FL 32904** | **contract for outdoor bulletin advertising, dated 2/12/2010, term 13 months at $700 per month.** |
| **GE Capital Solutions**<br>**1961 Hirst Drive**<br>**Moberly, MO 65270** | **Equipment Lease Agreement #7218807-006 dated 6/28/2007, Ricoh Aficio MP C3500SPF, Serial #L8976421765, 39 monts - $380 per month** |
| **Joseph Hanlon**<br>**6083 NW Helmsdale Way**<br>**Port Saint Lucie, FL 34983** | **Residental Rental Agreement dated 7-21-10 for 6083 NW Helmsdale Way,  Lot 146, Port St Lucie, 9/1/2010 to 8/31/2011, $1400 per month.  Security Deposit of $1400.00** |
| **Pitney Bowes Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | **lease of Postage Meter,  #8000900010180473,** |
| **Premium Assignment Corp**<br>**PO Box 3066**<br>**Tallahassee, FL 32315** | **Premium Finance Agreement #A727306 begin 5/27/10, $514.04 per month for 10 months, insurance on spec units** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Princeton Homes, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul Rhodes**<br>**1225 North Lake Way**<br>**West Palm Beach, FL 33401** | **Comerica Bank**<br>**PO Box 641618**<br>**Detroit, MI 48264-1618** |
| **St James Golf Club, Ltd** | **Comerica Bank**<br>**PO Box 641618**<br>**Detroit, MI 48264-1618** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Princeton Homes, Inc.**
_____  Case No. _____
                                    Debtor(s)                    Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Asst VP & Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**48**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 28, 2010**_____        Signature    **/s/ Sally Larson**_____
                                                          **Sally Larson**
                                                          **Asst VP & Secretary**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Princeton Homes, Inc.**                                          Case No.
                                                Debtor(s)         Chapter       **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$6,740,696.00** | **2008** | **Sales** |
| **$24,198.00** | **2008** | **Interest Dividend Income** |
| **$1,505,118.00** | **2009** | **Sales** |
| **$34,870.61** | **2009** | **Interest and Dividends** |
| **$0.00** | **2010** | **Sales** |
| **$14,614.23** | **2010** | **YTD  Interest and Dividends** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paul Rhodes** | **7/28/09-$50000; 8/4/09 $20000; 8/6/09-$15000; 8/17/09 $25,000; 4/16/10 $10,000; 4/29/10 $115,000** | **$235,000.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Princeton Homes, Inc. vs H. James Logan and Gail M. Logan, Case No. 56-2010 CA 002919** | **sales contract dispute** | **Circuit Court of the 19th Judicial Circuit, in and for St. Lucie County, FL** | |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Andrew Davis, Appellee/Plaintiff vs Princeton Homes, Inc., Appellant/Defendant, Appeal No. 10-11518-C - from US. District court Case No. 2:09 cv 14162-DLG** | | **United States Court of Appeals, Eleventh Circuit** | |
| **Nick D'Andola and Melissa D'Andola as Guardinas for Nick D'Andola, Jr., vs Rose M. Moussa and Princeton Homes, Inc.  Case No. 562008 CA 010693** | | **Circuit Court of the 19th Judicial Circuit in and for St Lucie County, FL** | |
| **Frank Gumina and Rosemarie Gumina vs Princeton Hmes Inc, Case No. 562009CA007123** | | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Princeton Homes Inc vs Donna E. Haigh and Doreen L. Haigh, Case No.** | **Purchase and Contract Sale dispute** | **Circuit Court of the 19th Judicial Circuit, In and for St. Lucie County, FL** | |
| **Princeton Homes, Inc. vs Donna E. Haigh, Case No.** | **Real Estate Contract dispute** | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Princeton Homes Inc vs Masterplan Properties, LLC, W. Brett Carothers, and Malisa Woods, Case No. 562010CA002816** | **mortgage foreclosure Lot 165 St Andrews Town Hmes, PB 53, Pg 4** | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Mark J. Tremblay vs Princeton Homes, Inc., Case No. 562008 CA 005866** | **real estate contract dispute** | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Universal Insurance Company vs Nick D'Andola and Melissa D'Andola, Individually and as Guardians for Nick D'Andola, Jr., Rose M Moussa and Princeton Homes, Inc., Case No. 562009 Ca 004388** | | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Eric M. Welling and Crystal M. Kolleda-Welling vs Domenico Barilla, Marie Barilla and Princeton Homes Inc.** | **real estate contract dispute Lot 19, St James Golf Club Pod F - Phase 1, PB 41 Pg 39, 39A** | | |
| **Joyce W. Rogers and additional Class Action Plaintiffs vs Kanuf Gips KG; Knauf Plasterboard (Tianjin) Co.,, Ltd; Knauf Plasterboard (WUHU) Co., Ltd; Guangdong Knauf New Building Material Products Co. Ltd; and additional Defendants, Case No. 10-362 SECT L, Mag 2** | **Class Action  - Chinese manufactured drywall** | **U.S. District Court, Eastern District of Louisiana** | |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David Goss, Mary Anne Benes and other Class Action Plaintiffs  vs Knauf GIPS KG and other Class Action Defendants. Case No. 09-6690** | **Class Action - defective Chinese drywall** | **U.S. District Court, Eastern District of Louisiana** | |
| **Christine M. Morgan vs Princeton Homes, Inc., Case No. 08 CA 002688** | | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | **Final Judgment  2/9/2009** |
| **Arbogas Enterprises LLC d/b/a Accent Landscape vs St Andrews park Inc, Paradise St Andrews Ltd, Rhodes Holding, Inc., City of Port St Lucie, and Princeton Homes, Inc., Case No. 562008 CA 008184** | | **Circuit Court of the 19th Judicial Circuit, St Lucie County, FL** | |
| **Princeton Homes, Inc. vs Joseph A. Virone and Mary Anne Virone, Case No. 08-14225 CIV Lynch** | | **U.S. District Court, Southern District of Florida** | **FJ 9/4/2009** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Alicia Ledgister** | **bookkeeper** | **8/3/2009** | **wedding gift $500** |
| **National Nite Out** | **none** | **7/22/09** | **$150** |

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert C. Furr, Esq**<br>**Furr and Cohen PA**<br>**2255 Glades Road #337W**<br>**Boca Raton, FL 33431** | **6/25/2010** | **$25,000.00** |

#### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank** | **Business Checking Account #xxxxx2358** | **$15.05 closed 4/5/10** |
| **Wachovia Bank** | **Business Checking Acct #xxxx6493** | **3/5/2010  $6,579.52** |
| **PNC Bank** | **Business Premium Money Market Acct #xxxxxx3646** | **4/9/2009   $284.97** |

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Zephyrhhills**<br>**PO Box 856680**<br>**Louisville, KY 40285-6680** | **Zephyrhhills water dispensers** | **debtor's premises** |
| **Pitney Bowes**<br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | **postage meter** | **debtor's premises** |
| **Rhodes Holdings & Evolved Machines Inc**<br>**500 Australian Avenue S #120**<br>**West Palm Beach, FL 33401** | **all office equipment & furnishings at 500 Australian Ave S #120, W Palm Beach are owned by Rhodes Holdings & Evolved Machines Inc.  The computer equipment at 6060 NW Helmsdale Way, Port St Lucie is owned by Litestream** | **500 Australian Ave S #120, WPB & 6060 NW Helmsdale Way, Pt St Lucie** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Princeton Homes, Inc.** | **xxxxxx0668** | **500 Australian Avenue So #120 West Palm Beach, FL 33401** | **residential home construction** | **8/24/2001 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sommers Everhart & Kohler PA 380 Columbia Dr, #111 West Palm Beach, FL 33409** | **2001 to present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sommers, Everhart & Kohler PA** | **380 Columbia Dr #111 West Palm Beach, FL 33409** |

9

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was |
| ☐ | issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
| **CoMerica Bank** | **2007 balance sheet sent on 11/14/2008** |
| **1675 N Military Trail** | |
| **Boca Raton, FL 33486** | |

---

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, |
| ■ | and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY |
| | | (Specify cost, market or other basis) |

| None | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
| ■ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| | RECORDS |

---

### 21 . Current Partners, Officers, Directors and Shareholders

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, |
| ☐ | controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| **Paul Rhodes** | **president/ Shareholder** | **83.330000%** |
| **500 Australian Ave S #120** | | |
| **West Palm Beach, FL 33401** | | |
| **Gerald Rosenblum** | **shareholder** | **16.67000%** |
| **1036 Peperridge Terrace** | | |
| **Boca Raton, FL 33486** | | |

---

### 22 . Former partners, officers, directors and shareholders

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the |
| ■ | commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** |
| ■ | immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Rhodes** **shareholder** | **7/28/09 $50000; 8/4/09 $20000; 8/6/09 $15000; 8/17/09 $25000; 4/16/10 $10000; 4/29/10 $115000** | **$235,000  repayment of shareholder loans** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)
**401(k) Plan (related employer under Rhodes Holding Inc Plan**        **Third Party Administrator, E J Reynolds Inc, 9050 Pines Blvd, Suite 310, Pembroke Pines, FL 33024**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July 28, 2010**              Signature    **/s/ Sally Larson**
                                                  **Sally Larson**
                                                  **Asst VP & Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Princeton Homes, Inc.** ,     Case No. _____

                Debtor

Chapter          **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gerald Rosenblum**<br>**1036 Peperridge Terrace**<br>**Boca Raton, FL 33486** | | | **16.67%**<br>**shareholder** |
| **Paul Rhodes**<br>**500 Australian Ave S #120**<br>**West Palm Beach, FL 33401** | | | **83.33%**<br>**shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Asst VP & Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     **July 28, 2010**

Signature   **/s/ Sally Larson**

                     **Sally Larson**
                     **Asst VP & Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Princeton Homes, Inc.**                                    Case No. _____

_____    Chapter    **11**
                        Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Asst VP & Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 28, 2010**                    **/s/ Sally Larson**
_____    _____
                        **Sally Larson**/**Asst VP & Secretary**
                        Signer/Title

Accent Landscape
9418 Bunting Lane
Fort Pierce, FL 34951


Andrew Davis
c/o Mary J. Hoftiezer Esq
Hendry Stoner & Brown
20 N Orange Ave #600
Orlando, FL 32801


Arbogas Enterprises LLC
Accent Landscape
Sheila Biehl Esq
406 SW 7 St
Stuart, FL 34994


Better Business Bureau
Membership Accounting
4411 Beacon Cir #4
West Palm Beach, FL 33407


Builders Insurance Group
Vinings Insurance Company
PO Box 723099
Atlanta, GA 31139-0099


Christine M. Morgan
c/o Rachel Studley Esq
Wicker Smith O'Hara
515 N Flagler Dr #1600
West Palm Beach, FL 33401


Christine Morgan
10604 Old Hammock Way
West Palm Beach, FL 33414


Clear Channel
c/o CST Co. Inc
PO Box 33127
Louisville, KY 40232-3127


Clear Channel Outdoor
PO Box 402379
Atlanta, GA 30384-2370

Clear Channel Outdoor
2890 Harper Road
Melbourne, FL 32904


Comerica Bank
PO Box 641618
Detroit, MI 48264-1618


Daniel & Joan Campbell
372 NW Stratford Lane
Port Saint Lucie, FL 34983


Daniel & Joan Campbell
Russ M. Herman Esq
820 O'Keefe Ave
New Orleans, LA 70113


Daniel & Joan Campbell
c/o Jeremy Alters Esq
4141 NE 2 Ave #201
Miami, FL 33137


David and Pamela Joseph
514 NW Dover Court
Punta Gorda, FL 33983


David and Pamela Joseph
c/o April Goodwin Esq
Parker Waichman Alonso LLP
3301 Bonita Beach Rd
Bonita Springs, FL 34134


David Gross
c/o Russ M Herman Esq
820 O'Keefe Ave
New Orleans, LA 70113


David Gross (CLASS ACTION)
c/o Levin Fishbein Sedran & Berman
510 Walnut St #500
Philadelphia, PA 19106


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Domenico & Marie Barilla
c/o Jahit H. Kavurt, Esq
636 Wet Yale St
Orlando, FL 32804


Donna E. Haigh
c/o Jonathan A. Berkowitz Esq
712 US Highway One #400
North Palm Beach, FL 33408-7146


Donna E. Haigh and Doreen L. Haigh
c/o Jonathan Berkowitz Esq
Cohen Norris Scherer
712 US Highway One #400
North Palm Beach, FL 33408-7146


Eric M. Welling
Crystal M. Kolleda-Welling
c/o Howard Heims Esq
PO Box 1197
Stuart, FL 34995


Frank and Rosemarie Gumina
c/o Alters Boldt Brown Rash Culmo
4141 NE 2nd Ave #201
Miami, FL 33137


Frank Gumina
503 NW Ashton Way
Port Saint Lucie, FL 34983


Frank Gumina
c/o Jeremy Alters Esq
Alters Boldt Brown Rash
4141 NE 2 Ave #201
Miami, FL 33137


Frank Gumina
c/o Russ Herman Esq
Herman Herman Katz
820 O'Keefe Ave
New Orleans, LA 70113


GE Capital Solutions
1961 Hirst Drive
Moberly, MO 65270

Gerald Rosenblum
1036 Peperridge Terrace
Boca Raton, FL 33486


GL Funding Limited
Lock Box #7498
PO Box 7247
Philadelphia, PA 19170-7498


Gold Coast Tax Lien LLC SER 177
1345 Avenue of the Americas
46th Fl
New York, NY 10105


Golf Club at St James LLC
500 Australian Avenue
West Palm Beach, FL 33401


H. James and Gail M. Logan
c/o Rutherford Mulhall PA
3399 PGA Blvd #240
Palm Beach Gardens, FL 33410


Heartwood 36 LLC
PO Box 5707
Fort Lauderdale, FL 33310


Heartwood 46 LLC
PO Box 5707
Fort Lauderdale, FL 33310


Heartwood 48 LLC
PO Box 5707
Fort Lauderdale, FL 33310


Heartwood 48, LLC
P0 Box 5707
Fort Lauderdale, FL 33310


Heartwood 88 LLC
PO Box 5707
Fort Lauderdale, FL 33310

Heartwood 91-2 LLC
PO Box 5707
Fort Lauderdale, FL 33310


Hoyt C Murphy Martial Trust
2400 S Ocean Dr #4200D
Fort Pierce, FL 34949


Internal Revenue Service
POB 21126
Philadelphia, PA 19114


Investments 2234 LLC
PO Box 403357
Atlanta, GA 30384


Jeffrey & Monica Segnello
393 NW Sheffield Circle
Port Saint Lucie, FL 34983


Jeffrey & Monica Segnello
c/o Scott Wm Weinstein Esq
Morgan & Morgan
12800 University Dr #600
Fort Myers, FL 33907


Jeffrey & Monica Segnello
c/o HErman Herman Katz & Cotlar LLP
820 O'Keef Ave
New Orleans, LA 70113


John Lonergan Sr
393 NW Stratford Lane
Port Saint Lucie, FL 34983


John Lonergan Sr
c/o Alters Boldt Brown Rash Culmo
44141 NE 2 Ave #201
Miami, FL 33137


Joseph & Ellisa Sciarrone
402 Linhurst Ct
Port Saint Lucie, FL 34983

Joseph & Mary Virone
19 Rushwick Rd
Mount Laurel, NJ 08054


Joseph A and Mary Ann Virone
c/o Owen Schultz Esq
McCarthy Summers Bobko
2400 SE Federal Hwy, 4th Fl
Stuart, FL 34994


Joseph Hanlon
6083 NW Helmsdale Way
Port Saint Lucie, FL 34983


Joyce W. Rogers
c/o Russ M Herman Esq
820 O'Keefe Ave
New Orleans, LA 70113


Kevin Albrecht
391 NW Sheffield Cir
Port St Lucie, FL 33983


LUCA 2 LLC
PO Box 9223
Longboat Key, FL 34228


Malisa Woods
6183 NW Helmsdale Way
Port Saint Lucie, FL 34983


Malisa Woods
c/o E Timothy McCullough Esq
420 Main St
Windermere, FL 34786


Mark J. Tremblay
c/o William F. Gallese Esq
2104 SE Rays Way
Stuart, FL 34994


Mary Anne Benes
c/o Herman Herman Katz & Coltar
820 O'Keefe Ave
New Orleans, LA 70113

Mary Anne Benes (CLASS ACTION)
c/o Levin Fishbein Sedran & Berman
510 Walnut St #500
Philadelphia, PA 19106


Masterplan Properties LLC
c/o E. Timothy McCullough Esq
430 Main St
Windermere, FL 34786


Melissa Allison Siringo
595 NW Waverly Circle
Port Saint Lucie, FL 34983


Mr. and Mrs. Schilling
c/o Frank V. Reilly Esq
1350 NE 56 St #140
Fort Lauderdale, FL 33334


Neal Keys
1911 NE 172 St
Miami, FL 33162


Nick & Melissa D'Andola
Guardians for Nick D'Andola Jr
c/o Wm R. Ponsoldt, Jr., Tesq
1000 SE Monterey Commons Blvd #208
Stuart, FL 34996


Page Mrachek Fitzgerald & Rose PA
505 S Flagler Dr #600
West Palm Beach, FL 33401


Paul & Lisa Myers
376 NW Sheffield Cir
Port Saint Lucie, FL 34983


Paul & Lisa Myers
c/o Jeremy Alters Esq
4141 NE 2 Ave #201
Miami, FL 33137


Paul & Lisa Myers
c/o Russ M Herman Esq
820 O'Keefe Ave
New Orleans, LA 70113

Paul Rhodes
1225 North Lake Way
West Palm Beach, FL 33401


Paul Rhodes
500 Australian Ave S #120
West Palm Beach, FL 33401


PFF Holdings III, Ltd
c/o US Bank as Custodian
PO Box 643999
Cincinnati, OH 45264-3999


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042


PPF Holdings III Ltd
c/o US Bank as Custodian
PO Box 643999
Cincinnati, OH 45264-3999


PPF Holdings III, Ltd
c/o US Bank as Custodian
PO Box 643999
Cincinnati, OH 45264-3999


Premium Assignment Corp
PO Box 3066
Tallahassee, FL 32315


Rajendra & Shila Gupta
14221 Lake Candlewood Ct
Hialeah, FL 33014


Rohl Properties LLC
501 SW McComb Ave
Port Saint Lucie, FL 34953


Rose M Moussa
c/o Joe Gufford Esq
3101 SE Ocean Blvd #201
Stuart, FL 34994

Salvatore Dilillo
J & S Beachcombers LLC
1549 Indian Bluffs Dr
Maineville, OH 45039


Satchel LLC
4401 Eastgate Mall
San Diego, CA 92121


St James Golf Club HOA
P Box 51
Stuart, FL 34995-0051


St James Golf Club, Ltd


St Lucie Co Tax Coll
PO Box 308
Fort Pierce, FL 34954-0308


St Lucie County Tax Coll
PO Box 308
Fort Pierce, FL 34954-0308


St Lucie County Tax Collector
PO Box 308
Fort Pierce, FL 34954-0308


St Lucie Tax Collector
PO Box 308
Fort Pierce, FL 34954-0308


St. Lucie County Tax Collector
POB 308
Fort Pierce, FL 34954


Sunflower Maintenance
15200 State Road 7
Delray Beach, FL 33446


Universal Insurance Company of NA
c/o Marc L. Hantman Esq
7901 SW 6 Court #450
Fort Lauderdale, FL 33324

```
W. Brett Carothers
278 Center Road
Monroeville, PA 15146


Wells Fargo Equipment Finance
733 Marquette Ave #700
MAC N9306 070
Minneapolis, MN 55402


Wells Fargo Equipment Finance
NW 8178
PO Box 1450
Minneapolis, MN 55485-8178
```